IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MITCHELL HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-01044 |
| | ) |
| | ) Judge Trauger |
| WILSON COUNTY JAIL ADMINISTRATOR *et al.*, | ) Magistrate Judge Griffin |
| | ) |
| Defendants. | ) |

## ORDER

Before the court is the plaintiff's objection (ECF No. 47) to the Report and Recommendation ("R&R") filed by Magistrate Judge Juliet Griffin (ECF No. 44), recommending that the motion for partial summary judgment (ECF No. 35) filed by defendants Sheriff Robert Bryan and Lieutenant Doug Whitefield be granted and that this action be dismissed.

For the reasons set forth in the accompanying Memorandum Opinion, the court hereby **OVERRULES** the plaintiff's objection, **ACCEPTS** the R&R, and **GRANTS** the defendants' motion for partial summary judgment. In addition, the plaintiff's retaliation claim is **DISMISSED** under the authority of the Prison Litigation Reform Act, and this action is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

This is the final judgment in this action for purposes of Rule 58 of the Federal Rules of Civil Procedure.

_____
Aleta A. Trauger
United States District Judge